1   JEFFREY S. BLANCK, ESQ.
    Nevada State Bar No. 3913
2   485 West Fifth Street
    Reno, Nevada 89503
3   (775) 324- 6640
    (775) 323-5944 Fax
4   jblanck@jeffreyblancklaw.com

5   Attorney for Plaintiffs

6

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF NEVADA

9

10  MARY ALEXANDER, and individual;          Case No. 3:05-cv-0178-LRH (RJJ)
    et al.
11
                        Plaintiff's,         **STIPULATION AND ORDER TO**
12                                           **EXTEND DISPOSITIVE MOTION**
                                             **AND RELATED DEADLINES AND**
13        **vs.**                            **FOR FILING THE JOINT PRETRIAL**
                                             **ORDER**
14
15  GARY UNDERHILL in his official
    and individual capacity; et al.,
16
                        Defendants.
17  _____/

18        The parties, through their respective counsel of record, hereby agree and stipulate to

19  extend the time-lines within which to file the briefing with respect to the dispositive motions the

20  parties have filed, along with the related timetable for lodging the Joint Pretrial Order.  This

21  stipulation constitutes the sixth request to modify the scheduling order, now only dealing with

22  these two deadlines and no others.

23        The reasons for this stipulation are:

24        (1)    This action is closely related to four (4) other currently pending actions, namely:

25  Williams, et al.  v. Underhill, et. al., Case No. 3:05-cv–0175-LRH (RJJ); Smith, et. al.  v.

26  Underhill, et. al., Case No. 3:05-cv-0176-LRH (RJJ); McCarthy, et al. v. Washoe County School

27  District, et al., Case No. 3:05-cv-0177-LRH (RJJ); and Gayle Chiles et al. v. Underhill, et al.,

28  Case No. 3:05-cv-0179- LRH (RJJ). It is also related to a fifth (5th) case that was filed

1   substantially later, and in which these mentioned deadlines do not apply, namely, Cranford, et al.,

2   v. Underhill., Case No. 3:05-cv-00111-LRH (GWF).  While all these cases each are based on

3   different alleged factual scenarios, they are closely related in terms of the identity of many of the

4   defendants, parties, witnesses, and other circumstances.  Oral deposition discovery was

5   consolidated by virtue of a separate stipulated Order (Dkt.#41) for the five closely-related cases

6   in order to save economic resources and time.

7          (2)Defense counsel have already filed summary judgment motions in the first five cases.

8          (3)    Plaintiffs' counsel filed partial summary judgment motions on January 7, 2007, in

9    the Alexander and Chiles cases, and Defendants have opposed those partial summary judgment

10   motions, and filed cross-motions.

11         (4)    Logistically, the single extended filing date has turned out to be problematic for

12   the parties because of the extensive body of evidence that needs to be analyzed and compiled for

13   the summary judgment motions and exhibits.  The electronic filing process is also time intensive,

14   albeit very convenient, not to mention the additional time for scanning the documents internally

15   prior to e-filing, providing courtesy copies of the numerous exhibits to the Court, and opposing

16   counsel, and the occasional equipment problems.

17         (5)    Plaintiffs' counsel is a sole practitioner and has numerous cases in litigation in

18   State and Federal Court requiring a balancing of deadlines and workload.

19         (6)    Plaintiff will have the Reply brief in Chiles and in  Alexander filed by

20    September 6, 2007.

21         (7)    The previous order identified the fact that plaintiff may need one more extension.

22         Based on the foregoing, the parties respectfully request that the following deadlines be

23   extended as follows:

24         (1)    The deadline for the Plaintiffs to file and serve their Opposition Brief  to

25   Defendants' Motion for Summary Judgment be moved from September 6, 2007 to on or before

26   Friday, October 26, 2007.

27         (2)    The deadline for Defendants to file their Reply brief to Plaintiffs' Opposition to

28   Defendants' Summary Judgment Motion shall also vary from the typical response times under

1  the local rules, and the Reply shall be due on or before Friday November 30, 2007.  If additional

2  time is needed , counsel anticipate submitting an appropriate stipulation and order.

3         (3)      Based on the parties' already-filed and anticipated dispositive motions, the date

4  for filing the Joint Pretrial Order ("JPO") is extended to 30 days after the entry of decision on all

5  dispositve motions, or further order of the Court, in accordance with LR 26-1(e)(4).

6         This Stipulation being submitted prior to the due date, as contemplated by LR 6-1.

7  LAW OFFICE OF JEFFREY S. BLANK

8  By_____/s/_____          Dated this 27th day of August, 2007.

9     Jeffrey S. Blanck, Esq.
      485 West Fifth Street
10    Reno, Nevada 89503
      (775) 324-6640 telephone
11    (775) 323-5944 facsimile
      Attorney for Plaintiffs
12
   MAUPIN, COX & LeGOY
13
14 By_____/s/_____          Dated this 27th day of August, 2007.

15    Michael Malloy, Esq.
      Debra Waggoner, Esq.
16    4785 Caughlin Pky
      Reno, Nevada 89520
17    (775) 827-2000 telephone
      (775) 827-2185 facsimile
18
      Attorneys for Defendant
19
20                              NO FURTHER EXTENSIONS SHALL BE
                                GRANTED.
21
22                              IT IS SO ORDERED.
23
24
25    _____
26    LARRY R. HICKS
      UNITED STATES DISTRICT JUDGE
27
      DATED:  August 29, 2007
28 \\Jeff\My Documents\Alexander (Ball) v Underhill 90702.001\STIP TO EXT.wpd