UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Case No. 03:05-CV-00178-LRH-RJJ

MARY ALEXANDER, an individual; et al.,

Plaintiffs,

vs.

GARY UNDERHILL, in his official capacity; et al.

Defendants.

**STIPULATION FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER (First Request); ORDER**

Remaining Plaintiffs Everette Ball and Ashley Ball ("Plaintiffs"), and the remaining Defendants ("Defendants"), by and through their respective counsel, hereby respectfully submit this Stipulation for Extension of Time to File the Joint Pretrial Order. This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR 7-1 of the Local rules of this Court. This is the first request for an extension of time to file the Pretrial Order.

Under the "Order" entered in this action on March 25, 2008, the Joint Pretrial Order ("JPO") is currently due on April 25, 2008. Plaintiff's counsel has two other cases with Pretrial Orders due on April 25 and 28, 2008, and the parties are discussing possible settlement of this case. The parties have agreed that an additional 63 days would be appropriate and necessary within which to file the JPO, and that therefore the JPO must be filed on or before June 27, 2008.

1

Dated this 22 day of April, 2008.

_____
JEFFREY S. BLANCK, Esq.
Attorney for Plaintiffs

Dated this 22 day of April, 2008.       MAUPIN, COX & LE GOY

By____/S/_____
MICHAEL E. MALLOY, Esq.
Attorneys for Defendants

**ORDER.**

**IT IS SO ORDERED:**

DATED: April 28, 2008

_____
**UNITED STATES DISTRICT JUDGE**

C:\...\office1\mydocuments\alexanderstipulationtoextendtimeJPO 4-17-08

2